*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and KOVAC,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**Steven R. DYSLAND, Jr.**
Private (E-1), U.S. Marine Corps
Appellant

**No. 201900116**

Decided: 29 August 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Lieutenant Colonel R. Barto Slabbekorn, USMC (arraignment); Lieutenant Colonel Jeffrey V. Munoz, USMC (trial). Sentence adjudged 21 December 2018 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: confinement for 92 days, and a bad-conduct discharge.

For Appellant: Commander C. Eric. Roper, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court